UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00206 |
| ) | |
| CURTIS TATE ) | CHIEF JUDGE HAYNES |
| BARRY TURNER ) | |

## ORDER

The attached redacted copy of the Indictment in the above case be and is hereby unsealed.

So ORDERED this 25th day of December, 2012.

_____
E. CLIFTON KNOWLES
U. S. MAGISTRATE JUDGE