UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:12-00206-6
    )    JUDGE CAMPBELL
CURTIS TATE    )

ORDER

Pending before the Court is a Motion to Set Hearing for Change of Plea (Docket No. 164).

The Motion is GRANTED.

The Court will hold a change of plea hearing for Defendant Curtis Tate on January 15, 2014,

at 9:00 a.m. Any proposed plea agreement shall be submitted to the Court by January 13, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE