UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| CURTIS TATE | ) | |

ORDER

Pending before the Court is an Unopposed Motion to Continue Revocation Hearing (Docket No. 356) currently scheduled for May 22, 2015. The Motion is GRANTED.

The hearing on the Petition (Docket No. 347) alleging violations of Defendant's Conditions of Supervision is CONTINUED to July 20, 2015, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE